IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

-v-

DAVID WASHINGTON,

                Defendant.

_____

**NOTICE OF MOTION**
24-cr-00044-RJA-HKS

PLEASE TAKE NOTICE, that upon the attached declaration of Mark A. Foti, , the defendant will move Hon. H. Kenneth Schroeder, Jr., in the United States District Court for the Western District of New York, at the U.S. Courthouse at 2 Niagara Square, Buffalo, New York, as soon as counsel may be heard, on the following motions:

- **Motions Related to 172 Kenview**, including: (A) Motion for Rule 12 Notice Regarding 172 Kenview; (B) Motion for Disclosure of the Search Warrant Application; and (C) Motion for Leave to File Further Motions Regarding 172 Kenview;

- **Motion For Disclosure of Grand Jury Minutes**;

- **Non-Dispositive Motions**, including: (A) Discovery; (B) Preservation of Rough Notes; (C) Identification of Witnesses; (D) Jencks Material; (E) Preclusion of Statements Offered Pursuant to Fed. R. Evid. 801(D)(2)(E); and (F) Pretrial Notices Pursuant to Fed. R. Evid. 404, 608 & 609; and

- **Motion for Leave to File Further Motions**.

PLEASE FUTHER TAKE NOTICE that in regard to the litigation of these motions, the defendant requests: (1) the opportunity to file a Reply to any responsive submissions; and (2) oral argument on all submissions.

Dated: July 17, 2024

Respectfully submitted by:

Mark A. Foti, Esq.
The Foti Law Firm, P.C.
*Attorneys for David Washington*
16 West Main Street, Suite 100
Rochester, New York 14614
mark@fotilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 17, 2024, this motion and its attachment are served on all counsel of record by electronically filing the submission with the Clerk of the United States District Court for the Western District of New York using the Court's Case Management/Electronic Case Filing system.

DATED:   July 17, 2024
         Rochester, New York

s/Mark A. Foti
Mark A. Foti, Esq.